UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MUSTWIN TECH LLC,

Case No. 1:26-cv-05440-BMC

Plaintiff,

- against -

KLN M.E. FREIGHT SERVICES L.L.C.,
KERRY LOGISTICS MIDDLE EAST L.L.C., and
A.J. WORLDWIDE SERVICES INC.,

Defendants.
----------------------------------------------------------------x

**Joint Stipulation on 12(b)(6) Agreement**

Plaintiff Mustwin Tech LLC and Defendant A.J. Worldwide Services Inc., by and through their respective counsel of record, hereby stipulate and agree as follows after meeting and conferring to narrow the disputed issues in this case:

1. Plaintiff agrees to amend the complaint to attach the air waybills[1] as exhibits, to withdraw the bailment claim (Count 5) with prejudice, and to withdraw the negligence/negligent undertaking claim (Count 6) without prejudice. The amended complaint will be filed by November 18, 2026. Defendant A.J. Worldwide Services Inc. ("A.J.") will have 20 days after service to file a responsive pleading. In exchange for the amendments under this section 1, A.J. agrees to forgo its contemplated Rule 12(b)(6) motion (ECF 8).

2. A.J. consents, pursuant to Federal Rule of Civil Procedure 15(a)(2), to Plaintiff's filing of a later amended complaint reasserting the negligence/negligent undertaking claim, if discovery reveals a good faith basis for such claim under Rule 11. Plaintiff and A.J. agree that the

[1] Plaintiff would agree to provide bills of lading, but confirms that it does not have any in its possession and will state this in the amended complaint.

amended complaint contemplated under this section 2 will be filed by January 15, 2027. A.J. will have 20 days after service to file a responsive pleading.

3. This stipulation does not constitute a waiver of any defense. Plaintiff and A.J. reserve their rights to oppose any pleadings on any ground.

Dated: New York, New York
November 6, 2026

Respectfully submitted,

MAZZOLA LINDSTROM, LLP

Lawrance Choi
*Counsel for Plaintiff*
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
718-576-2005
lawrance@mazzolalindstrom.com

SPECTOR RUBIN, P.A.

Andrew R. Spector
*Counsel for Defendant A.J. Worldwide Services Inc.*

New York Office:
11 Broad way, Suite 615
New York, NY 10004
Miami Office:3250 Mary Street, Suite 405
Miami, FL 33133305-537-2000
andrew.spector@spectorrubin.com